# IN THE COURT OF CRIMINAL APPEALS OF TENNESSEE
## AT JACKSON

## STATE OF TENNESSEE v. CARLOS McDONALD

**Direct Appeal from the Criminal Court for Shelby County**
**No. 97-02521  Chris Craft, Judge**

---

**No. W1999-01459-CCA-R3-CD - Decided July 24, 2000**

---

### JUDGMENT

Came the appellant, Carlos McDonald, by counsel, and also came the Attorney General on behalf of the State, and this case was heard on the record on appeal from the Criminal Court of Shelby County; and upon consideration thereof, this Court is of the opinion that there is no reversible error on the record and that the judgment of the trial court should be affirmed.

In accordance with the Opinion filed herein, it is, therefore, ordered and adjudged by this Court that the judgment of the trial court is affirmed, and the case is remanded to the Criminal Court of Shelby County for the execution of the judgment of that Court and for the collection of the costs accrued below.

It appearing that the appellant, Carlos McDonald, is indigent, costs of the appeal will be paid by the State of Tennessee.